585 A.2d 412
EDWARD ACCIARDI v. CONSULTINVEST
INTERNATIONAL, INC.

October 30, 1990.

Petition for certification denied.

585 A.2d 412
IN THE MATTER OF THE GUARDIANSHIP OF T.M.F.

October 30, 1990.

Petition for certification denied.

585 A.2d 412
SUSAN JONES v. ROBERT JONES.

October 30, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 195, 576 *A.*2d 316)

585 A.2d 412
LIDA M. STELLA v. DEAN WITTER REYNOLDS, INC. AND DEAN WITTER REYNOLDS HIGH YIELD SECURITIES, INC. AND MORGAN GUARANTY TRUST COMPANY OF NEW YORK AND MIDLANTIC NATIONAL BANK/SOUTH v. JOHN J. SYKES, JR.

October 30, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 55, 574 *A.*2d 468)